UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>   Plaintiff,<br><br>vs.<br><br>ANTHONY DAMEO, *et al.*,<br><br>   Defendants. | 2:12-cv-00755-KJD-VCF<br><br>**ORDER** |

  Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.

  Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Plaintiff did not attach a statement of his inmate trust fund account for the six months prior to the filing of his application to proceed *in forma pauperis*. Both an executed financial certificate and an inmate account statement are required.

  Plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of

1  $350.00, or (2) file a fully completed application to proceed *in forma pauperis*.

2        **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis*
3  (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.

4        **IT IS FURTHER ORDERED** that plaintiff shall, within **thirty (30) days** from the date of
5  entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully
6  completed application to proceed *in forma pauperis,* on the correct form, including a financial
7  certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund
8  account for the six months prior to the filing of his application.

9        **IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order,
10 dismissal of this action may result.

11       **IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an
12 application to proceed *in forma pauperis* and instructions for the same.

13       **IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall
14 not file it at this time.

15       Dated this 12th day of June, 2012.

17                                          _____
18                                        UNITED STATES MAGISTRATE JUDGE