# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JESSE ARON ROSS,

    Plaintiff,

v.

ANTHONY DAMEO, *et al*.,

    Defendants.

Case No. 2:12-CV-00755-KJD-VCF

**ORDER**

Before the Court is the Motion to Voluntarily Dismiss (#6) filed by Plaintiff.  Plaintiff has also requested that his Motion to Proceed In Forma Pauperis (#3) be terminated.  Accordingly, IT IS **HEREBY ORDERED** that the Motion to Dismiss (#6) is **GRANTED** and this action is **DISMISSED**.

    **IT IS FURTHER ORDERED** that the Motion to Proceed In Forma Pauperis (#3) is **DENIED** as moot.

    DATED this 15th day of November 2012.

_____
Kent J. Dawson
United States District Judge